UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DR. HENRY ERLE CHILDERS IV, ET AL.,                         :
                            Plaintiffs,    :
                                                            :    13 Civ. 5414 (LGS)
        -against-                                          :
                                                            :
THE NEW YORK AND PRESBYTERIAN                               :
HOSPITAL,                                                   :
                            Defendant.     :
                                                            :
--------------------------------------------------------- X
                                                            :
DR. LORI SIMON, ET AL.,                                     :
                            Plaintiffs,    :
                                                            :    13 Civ. 5899 (LGS)
       -against-                                           :
                                                            :
THE NEW YORK AND PRESBYTERIAN                               :
HOSPITAL,                                                   :    **SCHEDULING ORDER**
                            Defendant.     :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

       A conference was held before the Court on October 15, 2014.  For the reasons stated on the record, it is hereby

       **ORDERED** that the parties shall file a joint letter outlining an agreed-upon protocol for ESI discovery by **October 24, 2014**.

       **ORDERED** that any responses to requests for production shall be substantially completed by **December 15, 2014**.

       **ORDERED** that depositions shall be completed by **February 28, 2015**.

       **ORDERED** that fact discovery shall be completed by **March 15, 2015**.

       **ORDERED** that the parties shall submit status letters to the Court on **November 7, 2014** and **January 6, 2014.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2014

**ORDERED** that Plaintiffs shall file their motion for class certification by **March 2, 2015.** Defendant shall submit its response, if any, within 30 days after the filing of the motion. Plaintiffs shall submit their reply, if any, within 2 weeks thereafter.

**ORDERED** that all other dates remain unchanged, including the previously scheduled conferences on January 7 and February 18, 2015.

SO ORDERED.

Dated: New York, New York
       October 16, 2014

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**